UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY FLETCHER, JR.,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, USP ATWATER,<br><br>Respondent. | **No. 1:22-cv-00111-JLT-CDB (HC)**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. No. 15)**<br><br>**ORDER DENYING PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER (Doc 2), GRANTING RESPONDENT'S MOTION TO DISMISS (Doc. 10), DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, DIRECTING CLERK OF COURT TO PROVIDE PETITIONER BLANK CIVIL RIGHTS FORMS AND TO ENTER JUDGMENT AND CLOSE CASE**<br><br>**NO CERTIFICATE OF APPEALABILITY IS REQUIRED** |

Petitioner Johnny Fletcher, Jr., is a federal prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The assigned magistrate judge issued findings and recommendations to deny Petitioner's motion for temporary restraining order and to grant Respondent's motion to dismiss the petition.[1] (Doc. 15.) Those findings and recommendations were served upon all parties and contained notice that any objections thereto were to be filed within 21 days after service. Neither party filed

---

[1] Petitioner filed a motion for a status conference hearing on April 21, 2022. (Doc. 12.) Because the action is being dismissed, the motion for hearing is **DENIED** as moot.

1

objections, and the deadline to do so has expired.

According to provisions of 28 U.S.C. § 636 (b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

In the event a notice of appeal is filed, a certificate of appealability is required, because this habeas proceeding raise a detention, which arises out of process issued by a state court. *Forde v. U.S. Parole Commission*, 114 F.3d 878 (9th Cir. 1997); *see Ojo v. INS*, 106 F.3d 680, 681-682 (5th Cir. 1997); *Bradshaw v. Story*, 86 F.3d 164, 166 (10th Cir. 1996).

1. The findings and recommendations issued on September 26, 2022, (Doc. 15), are **ADOPTED IN FULL**.
2. Petitioner's motion for temporary restraining order (Doc. 2) and motion for hearing (Doc. 12) are **DENIED**.
3. Respondent's motion to dismiss (Doc. 10), is **GRANTED**.
4. The petition for writ of habeas corpus is **DISMISSED**.
5. The Clerk of Court is directed to provide Petitioner with blank forms for filing a civil rights action pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971).
6. The Clerk of Court is directed to enter judgment and close the case.

IT IS SO ORDERED.

Dated:   **January 4, 2023**

UNITED STATES DISTRICT JUDGE